UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60049-CR-ROSENBAUM/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROGERIO CHAVES SCOTTON,

    Defendant.
_____/

## SUPPLEMENTAL ORDER ON STUART ADELSTEIN, ESQ.'S RENEWED MOTION TO WITHDRAW

THIS CAUSE comes before the Court *sua sponte.* On July 26, 2013, the undersigned entered an Order granting Stuart Adelstein, Esq.'s renewed motion to withdraw as counsel [DE 96], discharging Mr. Adelstein as Defendant Rogerio Chaves Scotton's trial counsel but requiring him to remain as Mr. Scotton's standby counsel. *See* DE 102.

Upon further review and reflection, the Court is troubled by the prospect of Mr. Adelstein staying on as standby counsel. Mr. Scotton has filed a lawsuit against Mr. Adelstein relating to his representation in this case in Broward County Circuit Court. *See Scotton v. Adelstein*, No. 062013CA017359AXXXCE (Fla. Circ. Ct. Jul. 19, 2013). Additionally, the relationship between Mr. Scotton and Mr. Adelstein has become verbally hostile and could escalate further. For those reasons, and in light of other factors evident in the record and discussed during the sealed portion of the hearing of July 26, 2013, it is clear that the relationship

1

between Mr. Scotton and Mr. Adelstein is irretrievably broken, and that an unwaivable conflict of interest exists between them. Under the particular circumstances of this case, the Court believes that it would be inappropriate to leave Mr. Adelstein at the defense table in any capacity, even that of standby counsel. Accordingly, and for all of the foregoing reasons, it is hereby

**ORDERED** that Stuart Adelstein, Esq. is discharged as standby counsel for Mr. Scotton. Mr. Adelstein is relieved of all further responsibility in this action, other than the responsibility of forwarding any discovery to Defendant; and it is

**FURTHER ORDERED** that the Office of the Federal Public Defender shall serve as standby counsel for Mr. Scotton.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this **29th** day of July, 2013.

WILLIAM MATTHEWMAN
United States Magistrate Judge

cc: Rogerio Scotton
Bertha Mitrani, Esq.
Stuart Adelstein, Esq.
Office of the Federal Public Defender (Ft. Lauderdale)

---

[1] The Court is aware that among Mr. Scotton's previous litany of lawyers was in fact the Federal Public Defender's Office ("FPD"), which was discharged after complaints from Mr. Scotton. *See* DEs 64, 66. Despite this, the Court sees no conflict that would preclude the FPD from acting in the limited role of standby counsel in this case. Moreover, the FPD, with its substantial experience and excellent reputation, is uniquely situated for an assignment such as this.