UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60049-CR-ROSENBAUM/MATTHEWMAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROGERIO CHAVES SCOTTON,
a/k/a Roger Scotton,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 199]**

This matter is before this Court on Defendant Rogerio Chaves Scotton's Motion to Dismiss Indictment, to Remove Prosecutor, and to Remove Agent from the Case [ECF No. 178] ("Motion to Dismiss"). The Honorable William Matthewman filed a Report and Recommendation recommending that Defendant's Motion be denied [ECF No. 199]. On December 10, 2013, Defendant filed his objections to Judge Matthewman's Report and Recommendation[1] [ECF No. 225]. The Court has conducted a *de novo* review of Judge Matthewman's Report and Recommendation and the record and is otherwise fully advised in the premises.

In his objections, Defendant seeks a "full complete evidentiary hearing on all issues of *Brady* and *Kyles* violation." ECF No. 225 at 2. That is what he sought in his original Motion to Dismiss, which the Court referred to Judge Matthewman. On October 23, 2013, Judge Matthewman held a

---

[1]Defendant describes his objections as an "appeal." Because the substance of Defendant's document styled as an appeal takes issue with Judge Matthewman's Report and Recommendation, the Court construes the appeal as objections to the Report and Recommendation.

hearing lasting nearly two hours, during which Judge Matthewman gave Defendant an opportunity to present any and all evidence regarding his Motion to Dismiss.[2] During the hearing, Defendant presented no evidence supporting his allegations of destruction or hiding of evidence, of fabrication of evidence, of intimidation of witnesses, or of other improper conduct on the part of the Government.[3] The Court did, however, hear the testimony of Agent Van Brunt, and Defendant had an opportunity to cross-examine him. Judge Matthewman found Agent Van Brunt's testimony to be credible. Upon listening to the recording of the hearing, this Court finds no basis for taking issue with Judge Matthewman's conclusion. Nor does anything else in the record other than Defendant's unsupported, wild speculation support Defendant's allegations of improper conduct on the part of the Government.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Matthewman's Report and Recommendation [ECF No. 199] is hereby **AFFIRMED and ADOPTED**;

2. Defendant's Motion to Dismiss Indictment, to Remove Prosecutor, and to Remove Agent from the Case [ECF No. 178] is **DENIED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of January 2014.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

---

[2] This Court has listened to the entire recording of the hearing.

[3] Defendant has also asserted that, based on a letter allegedly written by Osvani Duarte, this Court has previously remarked that "Defendant could be very well innocent." ECF No. 225 at 2 n.1. This Court does not recall making such a comment and, in any case, does not opine on the significance of any evidence in this case except to presume, as the Constitution requires, that Defendant is innocent unless and until proven guilty.

copies:

The Honorable William Matthewman

Counsel of Record

Rogerio Scotton
Reg: 99370-004
F.D.C. Miami
P.O. Box 019120
Miami, Florida 33701