UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60049-CR-ROSENBAUM/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGERIO CHAVES SCOTTON,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON DEFENDANT'S PRO SE MOTION TO COMPEL SUPPRESSE [SIC] LEGAL MAIL ISSUES OBSTRUCTING CORRESPONDENCE ISSUES, THEFT OR DESTRUCTION OF MAIL ISSUES [DE 244]

THIS CAUSE is before the Court upon Defendant, Rogerio Chaves Scotton's *Pro Se* Motion to Compel Suppress [sic] Legal Mail Issues Obstructing Correspondence Issues, Theft or Destruction of Mail Issues [DE 244], to which the Government responded [DE 271]. This matter was referred to the undersigned by United States District Judge Robin S. Rosenbaum [DE 245].

In his Motion, Defendant moves the Court "to dismiss the indictment in this matter and/or compel suppresse defendant legal mail and/or obstructing correspondence and/or theft or destruction of defendant legal mail." [DE 244, p. 2]. Defendant appears to allege that the Government is interfering with his ability to file motions, and also appears to argue that the Government is engaged in a scheme to prevent his motions from reaching their intended destinations [DE 244]. In response, the Government maintains that it has not "stopped the delivery of any correspondence nor caused it to be stopped." Furthermore, the Government asserts that it has not "destroyed any of the defendant's correspondence nor caused it to be

destroyed. Any issues that he defendant may have with the delivery of his mail are not as result of any actions taken by the undersigned." [DE 271].

The vague assertions Defendant makes in his Motion entirely lack any sort of factual basis and are without merit. Defendant continues to hurl wild accusations against the Government in this case without any supporting evidence. Defendant's claims are wholly frivolous. In light of the foregoing, it is hereby

**RECOMMENDED** that Defendant's *Pro Se* Motion to Compel Suppress [sic] Legal Mail Issues Obstructing Correspondence Issues, Theft or Destruction of Mail Issues [DE 244] be **DENIED**.

## NOTICE OF RIGHT TO OBJECT

Pursuant to Local Magistrate Rule 4(b), the parties shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Robin S. Rosenbaum within fourteen (14) days of being served with a copy of this Report and Recommendation. Failure to timely file objections shall bar the parties from a de novo determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b)(2); *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) ("When the magistrate provides such notice and a party still fails to object to the findings of fact and those findings are adopted by the district court the party may not challenge them on appeal in the absence of plain error or manifest injustice.")

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of January, 2014.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE