UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,                    CASE NO: 1260049-MORENO

v.

ROGERIO CHAVES SCOTTON,       /

FILED by _____ D.C.
SEP 01 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**SUPPLEMENT OF THE RESTITUTION EVIDENTIARY HEARING MOTION.**

Come now movant Rogerio Chaves Scotton ("RCS") hereby and Pro Se, respectfully moves this court to supplement his motion that is now seating on docket for an restitution evidentiary hearing.

Movant has submitted to this court a motion requesting for a restitution evidentiary hearing in which one of the exhibit was not mail with the motion.

Furthermore, I presume that the same letter that was send to the Prosecution Mitrani should be on the docket or her files.

Base upon the foregoing, movant submitted the exhibit in which was mention on his motion.

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

1.

August 27, 2013

U.S. Department of Justice
United States Attorney Office
Melinda Haag, U.S. Attorney
San Francisco, California

Re: Federal Express Drug Scan
Rosemic Cholos Lotton (whistle blower)
Case No: 12cr00649 - Rosenbaum

U.S. Attorney; Melinda Haag,

While I am not a lawyer, I am writing
this letter because I believe from my research
research that it is my discovery to do so. I
have attempt on numerous occasion to provide
this information to your office and DOJ over

the past few years. I have sent to your office around January 2013 another letter regarding this matter but no avail. Given that I have been incarcerated over 17 months after I've been incarcerated over seas and others, I have been scheduled for trial. The press has been harassing my family recently over the topic of this letter. I suspect it is resulted from my family telephoning call to the United States attorney office in California. My family place this call because how they responded to my request to meet with you. This make me to believe that there has been miscommunication that has prolonged the exchange of information on the topic of this letter, hence I am diligent regarding these important matter

-1-

August 21, 2015

U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY OFFICE
MELINDA HAAG, U.S. ATTORNEY
SAN FRANCISCO CALIFORNIA.


RE: FEDERAL EXPRESS DRUG SCAM
    ROGERIO CHAVES SCOTTON [whistle blower]
    CASE NO: 1260049-ROSENBAUM



U.S. Attorney Melinda Haag,

While I am not a lawyer, I am writing this letter because I belive from my research that it is my discovery to do so. I have attempt on numerous occasion to provide this information to your office and DOJ over the past few years. I have sent to your office around January 2013 another letter in regarding this matter but no avail.

Given that I have been incarcerated over 17 months, after filed some of my motion for Speedy Trial and others, I have been schedule for trial.

The press has been horwinding my family recently over the topic of this letter. I suspect it is resulted from my family telephone call to the United States Attorney Office in California. My family place this call because you have not responded to my request to meet with you. This make me to believe that there has been miscomunication that have prevented the exchange of information on the topic of this letter, hence, I am diligent regarding these important matter.

1

## FEDERAL EXPRESS DRUG SCAM GENERALLY

Base upon the information I have received from certain members from the press (including CBS ), I believe I have been incarcerated so long because of my intimate knowledge of the illegal drug scam conduct by Federal Express. Even if this is not the reason I have give exclusively information and evidence to the press about my innerworking with person who purponted to be an official from the Department of Justice that was involving in this FedEx case (Samuel Cory). I hope this letter now get to you and serving the public interest.

### The FedEx Drug Scam-Specifically

Below I outline certain aspect of my relationship with Federal Express which are beyond what is alleged in any of the indictment file to date against me. I write this letter privately for now, because I do not want the DOJ to be embarressed or angry at me. This kind of result would not be good for me.

From an overview of the facts 2004 through March 2013, I witnessed personal at Federal Express (who name I know and possess in writting records and evidence about) be involved in shipping illegal drugs throughout the country. At the time, I did not know what Federal Express personal were doing. Ultimately I became extremely concerned because I had a contract business relationship with Federal Express after open my own store in Boca Raton FL and became a Federal Express Authorized Shipping Center. My concern was more than mere curiosity. I amasses detail records of an illegal online drug operation being run by FedEx. My conclusion in this regarding which I have detailed records of-was-preminarily reach in the late 2010 and reaffirmed through my career as a international race car drive. I was told to continue monitoring the activity by cory. I ded so and have records of some. I continue to amass evidence throughout 2011 during the construction and opening of my Boca Raton Federal Express facility own by me.

2

I must ask you: Does somebody at the DOJ have secret deal with FedEx (or its staff) to keep me incarcerated so I do not spill the beans? Perhaps I am just being paranoid here, but what should I think?

What the DOJ need to know also is that employees from FedEx corp. office, has serious deals with those online pharmacy companies and not all but couple of those big amount of illegal drugs FedEx shipment under different companies account or even in regular client s account to avoid any direct connection.

Samuel Cory (FedEx Security personal) once told that he was a police office before and work direct with conjuction with DOJ. To my surprise later Osvaine Duarte has confess in his video and letter in which he was in Brazil, that Cory was super involved with the online pharmacy companies.

At my store in Boca Raton FL, one of the pharmacy company (RxDirect) was every day drop-of several box with thousand of pills for the home delivery driver to pick-up. Some of the client was opening mail box location with my store to be able to receive they shipment.

There is no doubt that the DOJ has been expressly informed regarding this matter by reading this letter.

Furthermore, Vicent a Cuban/Italian citizen and FedEx staff who working in the security cameras of the FedEx location in Alabama and Florida location, has provide to Osvaine Duarte (Brasil USA import & Export) located in 1801 Harbor point parkway, Sandy Spring GA, with hundred of FedEx accounts in order to used for his client on ebay to shipping his box. Mr. Vicent has used also those account to shipping for online pharmacy.

After several website (pharmacy online) was shut down by law enforcement, Duarte was working with another staff in New Jersay.

Duarte was the only company in charge of the international operation and also act as an international broker shipping company for the Brazilian community. during my time as an owner of a eletronic and auto part sales online business, Osvaine Duarte was the company that has provide me with shipping services.

~~sponsor by Da Around 2015, during the Miuuus~President O.S. was~~

3

In 2005 during the Miami Grand Prix, in which I was sponsor by Dark Dog Energy Drink and RX Direct (Howard Helfanti) I was again surprise for the reason that Rx Direct does not want to have they name on the car, rather they want only credential of the pitstop, park passes and hospitality for couple employees FedEx personal and potential clients. The reason for not have the company name on the car was because he was in progressing of change the company name to lakerige pharmacy and that the new location will be on powerline road im Pompano Beach. Helfanti told me that the building was under construction and anticipated that the move would take place in the next month so. During the same week I came to know Samuel Cory and Patrick fitzgerald and several others FedEx corporate employees. During the season by Paul Wiseberg, Helfanti partner and also by Excel group Corp.

After my arrested Duarte told my family that the FedEx staff allowed those Pharmacy companies to use new account and a lower percentage of the profit was topay for the accounts.

I have visited the premises of RX-Direct including they headquarter in Boca Raton and the location at Pompano Beach and Deerfied Beach (fulfillment pharmacy) and I have observed the Rx Direct operation, including the taking of orders for controlled substances over the telephone and internet and the filling of orders for controlled substances. Couple FedEx employees was packing containing pill botters filed with controlled substances and FedEx employees was assisted the RX Direct employees in preparing these packages for shipment and distributed those packages throughout United States.

The FedEx employees and Osvaine Duarte has direct contact with RX Direct in the matter of lost, stolen, or delayes of the shipments of those drugs.

On June 12, 2010, a package was delivery to my location and the wabill was from RX Network 5400 S. University Drive suite 104 David FL, containing pill bottes. I contact Duarte who has took those box back with him. I do not know how those packages was delivery to my locatio and why since the waybill has different address.

4

Around January 2008 FedEx security send two of my packages shipping by Duarte company for a destruction as was red flag as pharmaceuticals. I personal have spoke to security and told him that I have in those particular packages auto part for a 1999 dodge dakota. He told me that the parts was in the same box with the pills. (phentermine and viagra) and that hte label was from a company name United Mail LLC.

Around 2008 Osvaine Duarte introduce to me wayne white who was the owner of Superior Drugs and he was looking to do business in Brazil as well and that he has interest on the race program if we could introduce him to Brazil market his website. (UNIVERSAL PHARMALY, KWICFREL, AND SAVEONRX).

During a racing at Lacuna Seca, California in September 2003, I was introduce to Vice President Security Bob Bryden who was with other FedEx employees. They are part of the team from Mr. White who has be involved with different teams during that week.

Paulo Roberto, Brasil USA import & export manager has introduce me to the owner of creative pharmacy at 9420 NW 2 Avenue Miami FL 33147. I was surprise to see Osvaine at the location in which has pick up hundreds of FedEx box with pills to drop of at the station around the Miami airport location.

Later 2010 Anthony Caruso an FedEx employee from New Jersey has call me to inform that he could give me good shipping rates discont. when I began to tell him that all my shipping as taking care by Osvaine Duarte he told me that Osvaine was one off his client and that I should be ok.

Later that year Osvaine was able to provide freight and logistics services with Anthony Caruso company CSA Group.

I have send you another latter with contining much more information. I know that I could be a assistance to you in provide you with important information that will link corporate staff from FedEx in this matter.

I was a famous race car driver that was liven here over 25 years and was arrested because of corrupt people u

5

that I was the whistle blower on the highly publicized Federa Express drug scandal. Once I did that, FedEx retaliated by alleging that I--A Federal Express Store Owner--did not pay my bills to Federal Express.

Respectfully submitted,
ROGERIO CHAVES SCOTTON

Rogerio Chouks Scotter
Reg No: 99370-004
D Ray James C.I.
PO Box 2000
Folkston GA 31537

To: United States District Court
Southern District of Florida
Clerk Office Room 8N09
400 North Miami Avenue
Miami FL 33128

USMS INSPECTED
28 AUG 2015 RECEIVED
JACKSONVILLE FL 320

AUG 27 2015

Hwy 252 D[...] [...]y - Folkston GA 31537

"The enclosed lett[er] was processed through special mailing procedure[s] for forwarding to you. The letter has nei[ther] been opened nor inspected. If the write[r] raises a question or problem over which this facility/cent[er] has jurisdiction, you may wish to return the mat[erial] for further information or clarification. If the write[r] encloses correspondence for forwarding [to] another addressee, please return enclosure to the above address."