UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,   CASE NO: 1260049-CR-MORENO

v.   MOTION TO REQUEST TO PROCEED

IN FORM PAUPERIS.

ROGERIO CHAVES SCOTTON,   /

Come now appellant/defendant rogerio Chaves Scotton hereby and Pro Se, moves this court to request relief in proceed in form pauperis.

Appellant/defendant Scotton contends that cannot pay for filing or otherwise because he has been illegally imprisoned over 42 months and lost all assets and earning potential.

### CONCLUSION

Base upon the foregoing, it is respectfully request that this court granted this motion in total.

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

### PROOF OF SERVICE

I Rogerio Chaves Scotton do certify that this August 25, 2015, I have served the Southern District of Florida this motion to proceed in form pauperis that is under the appellant/defendant constitutional rights. I have served such motion via United States Postal Service (USPS) first-class mail, through D. Ray James C.I. legal mail service.

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,                          CASE NO: 1260049-CR-MORENO

v.                                      DECLARATION IN SUPPORT OF
                                        TO PROCEED IN FORM PAUPERIS.

ROGERIO CHAVES SCOTTON,      /

## CERTIFICATE

I hereby certify that the appellant Rogerio Chaves Scotton herein has the sum of $ .12 on account to his credit at D. Ray James C.I. where he is confined. I further certified that appellant Rogerio Chaves Scotton likewise has the following securities to his credit according to the records of said D. Ray James C.I.

DATE: 9-1-15                            J. Keiser
                                        AUTHORIZE STAFF
                                        D. RAY JAMES C.I.

## Resident Funds Inquiry
Current User Name: **VIEW** Logout

Resident ID: 99370004   Submit

Resident ID: **99370004**
Resident Name: **SCOTTON , ROGERIO CHAVES**
Date of Birth: **1970-10-14**
Location: **F -1A -004**

Prior History

**Account Activity:**

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 8/26/2015 | 105401720 | EPR | OID:100330671-ComisaryPurch-Reg | -49.95 | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 |
| 8/24/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | -10.00 | 50.07 | 0.00 | 0.00 | 0.00 | 50.07 |
| 8/24/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | 10.00 | 50.07 | 0.00 | 0.00 | 10.00 | 50.07 |
| 8/24/2015 | 105397385 | PHONE PURCHASE | PHONE TIME PURCHASE | -10.00 | 50.07 | 0.00 | 0.00 | 0.00 | 50.07 |
| 8/23/2015 | 105393035 | SECUREDEPOSITS | 8664912 Gil Belkis | 60.00 | 60.07 | 0.00 | 0.00 | 0.00 | 60.07 |
| 8/21/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | -7.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.07 |
| 8/21/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | 7.00 | 0.07 | 0.00 | 0.00 | 7.00 | 0.07 |
| 8/21/2015 | 105387924 | PHONE PURCHASE | PHONE TIME PURCHASE | -7.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.07 |
| 8/11/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | -10.00 | 7.07 | 0.00 | 0.00 | 0.00 | 7.07 |
| 8/11/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | 10.00 | 7.07 | 0.00 | 0.00 | 10.00 | 7.07 |
| 8/11/2015 | 105356735 | PHONE PURCHASE | PHONE TIME PURCHASE | -10.00 | 7.07 | 0.00 | 0.00 | 0.00 | 7.07 |
| 8/11/2015 | 105354336 | EPR | OID:100327339-ComisaryPurch-Reg | -101.95 | 17.07 | 0.00 | 0.00 | 0.00 | 17.07 |
| 8/09/2015 | 105340863 | WESTERN UNION | 2233412357152218 GEORGINA V RIOS | 60.00 | 119.02 | 0.00 | 0.00 | 0.00 | 119.02 |
| 8/05/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | -10.00 | 59.02 | 0.00 | 0.00 | 0.00 | 59.02 |
| 8/05/2015 | 0 | | PHONE CALL CHARGE AUTHORIZATION | 10.00 | 59.02 | 0.00 | 0.00 | 10.00 | 59.02 |
| 8/05/2015 | 105329065 | | | -10.00 | 59.02 | 0.00 | 0.00 | 0.00 | 59.02 |

http://10.11.64.20/KCNQueryWebReporting/AccountDetails.aspx                9/1/2015

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.I.
P.O. BOX 2000
FOLKSTON GA 31537

TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CLERK OFFICE ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI FL, 33128

33128771699

JACKSONVILLE FL 320
02 SEP 2015 PM 3 L

USA FIRST-CLASS

