UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **12-60049-CR-MORENO**

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**ROGERIO CHAVES SCOTTON,**
        Defendant.
_____/

## ORDER DENYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

THIS CAUSE came before the Court upon defendant's motion for permission to appeal in forma pauperis **[D.E. #697]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this ___ day of March, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Rogerio Chaves Scotton
Reg. No. 99370-004
D. Ray James C.F.
P.O. Box 2000
Folkston, GA 31537