UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60049-CR-WILLIAMS/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGERIO CHAVES SCOTTON,

    Defendant.
_____/



FILED BY _____ D.C.

JUN 20 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DEFENDANT'S SECOND MOTION TO CORRECT THE COURT'S RECHARACTERIZATION OF THE PETITIONER'S MOTION TO REQUEST A NEW TRIAL AND A CLARIFICATION FROM THE PRESIDING JUDGE REGARDING THESE MATTERS OF LAW [DE 666] AND**
<u>**DEFENDANT'S MOTION TO CORRECT CRIMINAL CASE RECORD [DE 676]**</u>

THIS CAUSE is before the Court upon Defendant, Rogerio Chaves Scotton's *Pro Se* Second Motion to Correct the Court's Recharacterization of the Petitioner's Motion to Request a New Trial and Clarification from the Presiding Judge Regarding these Matters of Law [DE 666] and Motion to Correct Criminal Case Record [DE 676] ("Motions"). These matters were referred to the undersigned by the Honorable United States District Judge Kathleen M. Williams. [DE 709].

Defendant's Motions seek the same relief. Defendant's Motion at DE 666, filed on June 7, 2017, is his second motion to correct the Court's recharacterization of Defendant's Motion to Vacate and for a New Trial. Defendant filed that motion in the instant criminal case on January 17, 2017, at DE 647. However, the Court construed that motion as a § 2255 Motion to Vacate, and the motion was docketed in a separate civil case, at Docket Entry 1 of civil case number 0:17-cv-60111-FAM. [DE 647].

Defendant's Motion at DE 676, filed on December 8, 2017 in this criminal case, also argues that the Court improperly recharacterized his Motion to Vacate and for a New Trial [DE 647] as a § 2255 Motion at Docket Entry 1 of civil case number 0:17-cv-60111-FAM. However, both Motions were filed in the instant criminal case, and not, as the docket instructs, in the related civil case 0:17-cv-60111-FAM. *See* DE 647 (requiring that all further docketing related to the motion to vacate is to be done in the civil case at 0:17-cv-60111-FAM).

In case number 0:17-cv-60111-FAM, Defendant's motion to vacate and set aside his conviction and requesting a new trial was docketed on January 18, 2017 as DE 1. [Case 0:17-cv-60111-FAM, DE 1]. On January 20, 2017, the Honorable United States District Judge Federico A. Moreno entered an Order Denying Defendant's Motion to Vacate and Set Aside Conviction, reasoning that the Court had already repeatedly ruled on Defendant's post-conviction motions. [Case 0:17-cv-60111-FAM, DE 6]. Defendant filed a Notice of Appeal of Judge Moreno's Order on February 9, 2017. [Case 0:17-cv-60111-FAM, DE 21]. On April 13, 2017, Defendant filed a Motion to Correct the Court's Recharacterization of Petitioner's Motion to Vacate and Set Aside Conviction to Request New Trial. [Case 0:17-cv-60111-FAM, DE 29]. In that motion, like in the Motion pending at DE 666, Defendant argued that the Court improperly recharacterized his Motion for a new trial into a Motion to Vacate under § 2255 without providing Defendant appropriate notice. *Id.* On May 26, 2017, Judge Moreno entered an Order Denying Defendant's Motion to Reconsider, denying the Motion as the Court had "repeatedly ruled on Petitioner's post-conviction motions." [Case 0:17-cv-60111-FAM, DE 30]. On June 6, 2017, Defendant filed a Notice of Appeal of Judge Moreno's Order at DE 30. [Case 0:17-cv-60111-FAM, DE 31].

In this criminal case (0:12-cr-60049-KMW) Defendant filed his Second Motion to Correct the Court's Recharacterization of the Petitioner's Motion to Request a New Trial and a

Clarification from the Presiding Judge Regarding these Matters of Law [DE 666] on June 7, 2017, and his Motion to Correct Criminal Case Record [DE 676] on December 8, 2017. However, as explained in the Motions and above, the Motions refer to the motions that were pending in Civil Case Number 0:17-cv-60111-FAM. There are currently no motions pending in that case, and the Court notes that on February 16, 2018, the Eleventh Circuit Court of Appeals denied both of Defendant's appeals [DE 21, DE 31] for want of prosecution because Defendant failed to pay the filing and docketing fees. [Case 0:17-cv-60111-FAM, DE 38, DE 39].

After a thorough review of the record, the Court finds that Defendant's Second Motion to Correct the Court's Recharacterization of the Petitioner's Motion to Request a New Trial and Clarification from the Presiding Judge Regarding these Matters of Law [DE 666] and Motion to Correct Criminal Case Record [DE 676] were improperly docketed in the instant criminal case, and instead should have been docketed in Civil Case Number 0:17-cv-60111-FAM. *See* DE 647 (requiring that all further docketing related to the motion to vacate is to be done in the civil case at 0:17-cv-60111-FAM). Further, that civil case, 0:17-cv-60111-FAM has been closed since October 10, 2018. Moreover, the Defendant has pending 2255 petitions in case numbers 0:17-cv-62428-Williams/Reid and 0:19-cv-60745-Williams/Reid where he can attempt to litigate his post-conviction claims, to the extent they may have any merit. Therefore, Defendant's Motions are duplicative and the Court **RECOMMENDS** that the Motions [DE 666, DE 676] be **DENIED AS MOOT.**

A party shall file written objections, if any, to this Report and Recommendation with United States District Judge Kathleen M. Williams within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the

3

District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Rogerio Chaves Scotton, Reg. No. 99370-004, at D. Ray James Correctional Institution, Inmate Mail/Parcels, P.O. Box 2000, Folkston, GA 31537.

**DONE AND RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of June, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE