**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 12-CR-60049-WILLIAMS**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROGERIO CHAVES SCOTTON,

      Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge William Matthewman's report and recommendations (DE 715) ("Report") regarding Defendant's motions to correct (DE 666; DE 676). No party filed objections to the Report. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 715) are **AFFIRMED AND ADOPTED**. Defendant's motions (DE 666; DE 676) are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this _16_ day of July, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:  **Rogerio Chaves Scotton**
     99370-004
     D. Ray James
     Correctional Institution
     Inmate Mail/Parcels
     P.O. Box 2000
     Folkston, GA 31537