UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-CR-60049-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGERIO CHAVES SCOTTON,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge William Matthewman's reports and recommendations (DE 723; DE 725) ("Reports") regarding Defendant's motions. No party filed objections. Upon an independent review of the Reports, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Reports (DE 723; DE 725) are **AFFIRMED AND ADOPTED**. Defendant's motion for a *Smith* departure pursuant to 18 U.S.C. § 3582(c)(2) (DE 685) and motion to reduce his sentence pursuant to the First Step Act (DE 707) are **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of August, 2019.

                                                KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

CC: **Rogerio Chaves Scotton**
      99370-004
      D. Ray James Correctional Institution
      Inmate Mail/Parcels
      P.O. Box 2000
      Folkston, GA 31537