UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-CR-60049-WILLIAMS

THE UNITED STATES OF AMERICA

    Plaintiff,

    v.

ROGERIO CHAVES SCOTTON,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge William Matthewman's Report and Recommendation (DE 741) on Defendant Rogerio Chaves Scotton's *pro se* Motion to Vacate His Judgment Because of Fraud on the Court to Assert Jurisdiction Pursuant to Fed. R. Crim. P. 12(b)(2). (DE 728, 731)[1].

Upon and independent review of the Report (DE 741), Defendant's Objections (DE 743), the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 741) are **AFFIRMED AND ADOPTED**. Defendant's Motion is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>28th</u> day of August, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:    Rogerio Chaves Scotton
        7797 Golf Circle Dr. #204
        Margate, FL 33063

---

[1] Defendant filed identical Motions at DE 728 and DE 731.